IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTONIAL TATE,

    Petitioner,               No. CIV S-06-2902 WBS DAD P

    vs.

UNKNOWN,

    Respondent.            ORDER

_____/

    Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not, however, filed a complete in forma pauperis affidavit[1] or paid the required filing fee ($5.00). <u>See</u> 28 U.S.C. §§ 1914(a); 1915(a). Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee.

    The court will also dismiss the habeas petition and grant petitioner leave to file an amended petition. "A petitioner for habeas corpus relief must name the state officer having custody of him or her as the respondent to the petition." <u>Stanley v. California Supreme Court</u>, 21 F.3d 359, 360 (9th Cir. 1994) (citing Rule 2(a), 28 U.S.C. foll. § 2254). Here, petitioner has not

---

[1] Petitioner did not sign and date the in forma pauperis application.

1

named any respondent. In addition, petitioner is required to answer each question in the form petition so that the court can determine whether petitioner has exhausted state court remedies for each of his claims. See 28 U.S.C. § 2254(b)(1). Lastly, petitioner must clarify his claims and provide supporting facts.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's petition for a writ of habeas corpus is dismissed;

2. Petitioner is granted thirty days from the date of service of this order to file an amended petition that complies with the requirements of the Federal Rules of Civil Procedure; the amended petition must bear the docket number assigned this case and must be labeled "Amended Petition;" petitioner must use the form petition provided by the court; petitioner must file an original and one copy of the amended petition;

3. Petitioner shall submit, within thirty days from the service of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee;

4. Petitioner's failure to comply with this order will result in the dismissal of this action; and

5. The Clerk of the Court is directed to send petitioner a copy of the form petition for a writ of habeas corpus and the in forma pauperis form used by this district.

DATED: January 4, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:bb/4
tate2902.101a

2