IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTONIAL TATE,

    Petitioner,               No. CIV S-06-2902 WBS DAD P

    vs.

UNKNOWN,

    Respondent.            FINDINGS & RECOMMENDATIONS

                                    /

          By order filed January 5, 2007, petitioner's petition was dismissed and thirty days' leave to file an amended petition was granted.  In addition, petitioner was ordered to submit, within thirty days, either an affidavit in support of his request to proceed in forma pauperis or pay the appropriate filing fee.  The time period has now expired, and petitioner has not filed an amended petition, has not paid the appropriate filing fee, has not filed an affidavit in support of his request to proceed in forma pauperis, and has not otherwise responded to the court's order.

          Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.  See Local Rule 11-110; Fed. R. Civ. P. 41(b).

          These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days after being served with these findings and recommendations, petitioner may file written

1

1  objections with the court.  The document should be captioned "Objections to Magistrate Judge's
2  Findings and Recommendations."  Petitioner is advised that failure to file objections within the
3  specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951
4  F.2d 1153 (9th Cir. 1991).
5  DATED: February 15, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:lg
tate2902.fta.fifp